# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D23-472
Lower Tribunal No. 19-CF-018676

———————————————

FLOYD WILLIAMS, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal from the Circuit Court for Lee County.
Margaret O. Steinbeck, Judge.

March 5, 2024

PER CURIAM.

AFFIRMED.

SMITH, MIZE and GANNAM, JJ., concur.

Stephen M. Grogoza, Naples, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Alexandra A. Folley, Assistant Attorney General, West Palm Beach, and Jonathan P. Hurley, Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED